## DOFFLEMYER *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 68, September Term, 1964.]

640

*Decided February 8, 1965.*

Before HAMMOND, HORNEY, MARBURY, SYBERT and OPPEN-HEIMER, JJ.

PER CURIAM.

This application for leave to appeal from a denial of post conviction relief contains no statement of reasons, as required by Maryland Rule BK 46 b, and must be dismissed on that ground. *Mullen v. Director,* 236 Md. 640, 204 A. 2d 555 (1964).

*Application denied.*